FILED
MAY 12 2021
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

SUPERSEDED

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>MICHAEL J. AVERY, )<br>)<br>Defendant. ) | **4:21CR00303 MTS/SPM** |

## INDICTMENT

### COUNT ONE

The Grand Jury charges that:

On or about June 23, 2020, in St. Louis County, within the Eastern District of Missouri,

**MICHAEL J. AVERY,**

the Defendant herein, knowing he was an unlawful user of or addicted to a controlled substance, to wit: marijuana, knowingly possessed a firearm, which had traveled in interstate or foreign commerce during or prior to being in Defendant's possession.

In violation of Title 18, United States Code, Section 922(g)(3).

### COUNT TWO

The Grand Jury further charges that:

Beginning at a time unknown but including on or about June 21 and 22, 2020, through November 17, 2020, in St. Louis County, within the Eastern District of Missouri,

**MICHAEL J. AVERY,**

the Defendant herein, knowingly possessed a firearm, to-wit: a firearm silencer, not registered to him in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

A TRUE BILL

_____
FOREPERSON

SAYLER A. FLEMING
United States Attorney

_____
MICHAEL A. REILLY, #43908MO
Assistant United States Attorney