

# U.S. Department of Justice

United States Attorney
Eastern District of Missouri

Violent Crime Unit

---

| | | |
|---|---|---|
| MICHAEL A. REILLY<br>Assistant United States Attorney | Thomas Eagleton U.S. Courthouse<br>111 S. 10th Street, Rm. 20.333<br>St. Louis, MO 63102 | OFFICE: 314-539-2200<br>DIRECT: 314-539-7723<br>michael.reilly2@usdoj.gov |

May 13, 2021

Mr. Gregory J. Linhares
Clerk, United States District Court
111 South Tenth Street
Saint Louis, Missouri 63102

> Re:   United States v. Michael Avery
> Case No. 4:21 CR 303 MTS SPM
> Lift of Indictment Suppression

Dear Mr. Linhares:

The Indictment filed in the above-referenced matter was suppressed pending apprehension of the defendant. The reason for suppression no longer exists. Therefore, we respectfully request that the suppression of the Indictment be lifted.

Please do not hesitate to contact me if you have any questions or require additional information.

Very truly yours,

s/Michael A. Reilly
MICHAEL A. REILLY, #43908(MO)
Assistant United States Attorney