IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:21 CR 00303 MTS/SPM |
| | ) | |
| MICHAEL AVERY, | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR LEAVE TO FILE A SEALED DOCUMENT

COMES NOW the United States of America, by and through its attorney, Sayler A. Fleming, United States Attorney for the Eastern District of Missouri, and Michael A. Reilly, Assistant United States Attorneys for said District, and moves this Court for leave to file a sealed document.   In support thereof, the Government states as follows:

The Government requests leave of Court to file its Motion for Protective Order and Proposed Order related to discovery materials under seal.

WHEREFORE, the Government respectfully requests leave to file a sealed document.

Respectfully submitted,

SAYLER A. FLEMING
UNITED STATES ATTORNEY

 s/   *Michael A. Reilly*
MICHAEL A. REILLY, #43908MO
Assistant United States Attorneys
111 S. 10th Street, 20th Floor
St. Louis, MO 63102
(314) 539-2200

1

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2021, the foregoing was filed electronically under seal with the Clerk of the Court and a copy to be served by e-mail upon the following:

Attorney of Record.

s/  *Michael A. Reilly*
MICHAEL A. REILLY, #43908MO
Assistant United States Attorneys