**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:21 CR 303 MTS/SPM |
| ) | |
| MICHAEL J. AVERY, ) | |
| ) | |
| Defendant. ) | |

## SCHEDULING ORDER

All pretrial matters in the above-referenced case have been referred to the undersigned United States Magistrate Judge pursuant to 28 U.S.C. § 636(b). Defendant pled not guilty to the Indictment on May 14, 2021 before the Honorable Nannette A. Baker, U.S. Magistrate Judge. At the arraignment, defendant's counsel made a motion for additional time to file pretrial motions stating that defense counsel has not had the opportunity to review discovery and/or has not had time to investigate the evidence, discuss it with defendant, and/or decide whether or not to file pretrial motions.

Accordingly,

**IT IS HEREBY ORDERED** that an attorneys-only scheduling conference is set for **Wednesday, May 26, 2021 at 10:00 AM** before the undersigned. The hearing will take place by Zoom. Hearing participants will receive a separate email with a link to join the hearing by Zoom. Members of the general public who wish to listen in to the hearing are directed to call the following number to participate by phone: 1-669-254-5252, Meeting ID: 161 928 6499. Pursuant to Local Rule 13.02, all means of photographing, recording, broadcasting, and televising are prohibited in any courtroom, and in areas adjacent to any courtroom, except when authorized by the presiding judge. This includes proceedings ordered by the Court to be conducted by phone or video.

**IT IS FURTHER ORDERED** than an Order Concerning Pretrial Motions shall issue following the scheduling conference.

_____
SHIRLEY PADMORE MENSAH
UNITED STATES MAGISTRATE JUDGE

Dated this 14th day of May, 2021.